IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**INDIRA, INC., P.A., d/b/a/ MADISON-RIDGELAND**                                           **PLAINTIFF**
**MEDICAL CLINIC, LLC**

**VS.**                                         **CIVIL ACTION NO. 3:12-cv-044-CWR-FKB**

**MCKESSON CORPORATION;**
**MCKESSON INFORMATION SOLUTIONS, INC.;**
**MCKESSON INFORMATION SOLUTIONS, LLC;**
**MCKESSON TECHNOLOGIES, INC. and**
**JOHN DOES 1-10**                                                               **DEFENDANTS**

---

**PLAINTIFF'S MOTION TO STRIKE McKESSON TECHNOLOGIES, INC.'S
AMENDED ANSWER, DEFENSES, AND COUNTERCLAIM FILED MAY 14, 2012**

---

      **COMES NOW**, Plaintiff Indira, Inc., P.A., d/b/a Madison-Ridgeland Medical Clinic, LLC ("MRMC"), by and through its attorneys of record, and files this, its Motion to Strike McKesson Technologies, Inc.'s Amended Answer, Defenses, and Counterclaim Filed May 14, 2012, and in support thereof would show unto the Court the following, to-wit:

      1.       On April 16, 2012, Defendants McKesson Corporation, McKesson Information Solutions, Inc., McKesson Information Solutions, LLC, and McKesson Technologies, Inc. (collectively "McKesson" or "Defendants"), filed their Motion for Leave to File Amended Answer, Defenses, and Counterclaim, seeking among other things to assert a counterclaim against MRMC for what Defendants term a "failure to pay the contract price as it became due."[1]

---

[1] (*See* Mot. for Leave to File Am. Answer, Defenses, and Countercl. Ex. 1 at 13, ECF No. 11.)

2.     In response thereto, MRMC filed its Response in Opposition to Defendants' Motion for Leave to File Amended Answer, Defenses, and Counterclaim on April 30, 2012.[2] Specifically, but not exclusively, MRMC argued Defendants acted intentionally and willfully in failing to include any counterclaim in their original Answer and Defenses, and thus waived any right to file a counterclaim. Further, MRMC argued that allowing Defendants to amend their Answer and Defenses to add a delinquent counterclaim would be unfairly prejudicial to MRMC.

3.     Finding Defendants' motion well-taken, this Court granted McKesson leave to file their Amended Answer, Defenses, and Counterclaim on May 11, 2012.[3] In granting Defendants' motion, the Court cited both Defendants' Motion for Leave to File Amended Answer, Defenses, and Counterclaim — which included Defendants' proposed Amended Answer, Defenses, and Counterclaim attached as Exhibit 1 to their motion — and MRMC's response in opposition.

4.     Following the Court's granting of leave to amend, Defendants' filed their Amended Answer, Defenses, and Counterclaim on May 14, 2012.[4] Without conferring with counsel for MRMC or forewarning, Defendants filed a drastically different version than that which this Court granted leave to file, asking for, among other things, an increase in requested damages of nearly fifty percent (50%) and seeking to involve causes of action not included in their proposed motion.

5.     Specifically, but not exclusively, Paragraph 6 in Defendants' *proposed* counterclaim —which was approved by this Court — reads:

---

[2] (*See* Pl.'s Resp. in Opp'n to Defs.' Mot. for Leave to File Am. Answer, Defenses, and Countercl., ECF No. 13.)
[3] (*See* Order, May 11. 2012, ECF No. 15.)
[4] (*See* McKesson Technologies Inc.'s Am. Answer, Defenses, and Countercl., ECF No. 16.)

> 6. Pursuant to Mississippi Code Annotated § 75-2-709, Indira, Inc. owes MTI $10,571 plus consequential and incidental damages and all other damages provided for in the PSMA for Indira, Inc.'s failure to pay the contract price as it became due.

Whereas, Paragraph 6 in Defendants' *filed* Counterclaim ─ which MRMC had no opportunity to oppose beforehand and was not approved by this Court ─ reads:

> 6. Pursuant to Mississippi Code Annotated § 75-2-709 and/or any other applicable law, Indira, Inc. owes MTI $12,409.66 currently and past due, and $1,838.44 yet to become due under a payment plan but part of the overall contract price, totaling $14,248.10, plus consequential and incidental damages and all other damages provided for in the PSMA for Indira, Inc.'s failure to pay the contract price.

**WHEREFORE, PREMISES CONSIDERED**, MRMC respectfully prays this Court strike Defendants' Amended Answer, Defenses, and Counterclaim for being improperly before the Court and having not been approved for filing in the May 11, 2012, Order. Moreover, due to Defendants' actions, MRMC prays the Court deny any further motion made by Defendants to file an amended counterclaim. Finally, MRMC prays for any such other and further relief, general or specific, the Court deems necessary and proper under the circumstances.

**DATED** this, the 4th day of June, 2012.

    Respectfully submitted,

By: /s/ Michael S. Smith, II
Ronnie Musgrove, MSB No. 3698
Michael S. Smith, II MSB No. 103575
*Attorneys for Plaintiff*

OF COUNSEL:
**COPELAND, COOK, TAYLOR & BUSH, P.A.**
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS  39158
Telephone:  (601) 856-7200
Facsimile:   (601) 856-7626
rmusgrove@cctb.com
msmith@cctb.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served, via the Court's ECF System, a true and correct copy of the above and foregoing on all who are signed up to receive ECF notices in this case, including, but not limited to:

>Charles E. Griffin
>John H. Dollarhide
>BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
>Post Office Box 6010
>Ridgeland, Mississippi 39158-6010
>charles.griffin@butlersnow.com
>john.dollarhide@butlersnow.com
>
>*Attorneys for Defendants*

**THIS** the 4th day of June, 2012

        /s/ Michael S. Smith, II
        Of Counsel